in denied, without prejudice to an application in the District Court of the United States for the District of Kansas. [See *post*, p. 586.]

No. —. Original. *Ex parte:* IN THE MATTER OF FRANK W. CARDIGAN, PETITIONER. October 20, 1924. Motion for leave to file a petition for a writ of habeas corpus herein denied, without prejudice to an application in the District Court of the United States for the District of Kansas.

No. —. A. STANLEY COPELAND, PETITIONER. October 20, 1924. Petition for a writ of error herein, referred to the circuit justice by this Court, denied.

No. 557. JAMES C. DAVIS, AGENT UNDER SECTION 206, TRANSPORTATION ACT, 1920, *v.* HETTIE McCREE. Error to the Circuit Court of Appeals for the Sixth Circuit. Motion to dismiss submitted October 6, 1924. Decided October 20, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Davis v. Slocomb,* 263 U. S. 158. *Mr. H. W. Fraser,* for defendant in error, in support of the motion. *Mr. J. Walter Dohany, Mr. Alexander L. Smith* and *Mr. A. A. McLaughlin,* for plaintiff in error, in opposition to the motion. [See *post,* p. 610.]

No. 84. GEORGE D. HILE, A TAXPAYER, *v.* CITY OF CLEVELAND. Error to the Supreme Court of the State of Ohio. Argued October 16, 1924. Decided October 27, 1924. *Per Curiam.* Dismissed for the want of jurisdiction, upon authority of *McCain v. Des Moines,* 174 U. S. 168; *Western Union Tel. Co. v. Ann Arbor R. R. Co.,* 178 U. S. 239; *Spencer v. Duplan Silk Co.,* 191 U. S. 526; *Shulthis v. McDougal,* 225 U. S. 561; *Hull v. Burr,* 234 U. S. 712; *Norton v. Whiteside,* 239 U. S. 144. *Mr.*